# ORIGINAL

KENNETH C. DAVIS, Plaintiff
1835 LOGAN RIDGE CIRCLE
LOGANVILLE, GA 30052



FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DEC 02 2015

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### Atlanta Division

| | |
|---|---|
| KENNETH C. DAVIS,<br>*Plaintiff*<br><br>vs.<br><br>BAYVIEW LOAN SERVICING, LLC<br>*Defendant* | FEDERAL COURT<br>**CASE NO.: 1:15-CV-01497-TCB-JFK**<br><br>VERIFIED MOTION<br><br><br><br>DEMAND FOR TRIAL BY JURY |

### MOTION FOR AND EXTENSION OF TIME

1.   **COMES NOW,** the Plaintiff KENNETH C. DAVIS respectfully submit this Motion to The HONARABLE District Judge Timothy C. Batten, Sr. Pursuant to Federal Rule of Civil Procedure 6(b), for an Extension of Time to properly respond to this courts **ORDER FOR SERVICE OF FINAL REPORT AND RECOMMENDATION.** Pursuant to 28 U.S.C. § 636(b)(1), Plaintiff request

additional time to properly file his written objections, due to the passing of Plaintiffs older brother Reginald Davis on November 18, 2015. See Exhibit A attached.

Dated: Dec 2, 2015

BY: *Kenneth C. Davis*
CONSUMER, *Plaintiff*

## VERIFICATION

The undersigned Plaintiff verify, under oath, that the foregoing factual Federal Rule of Civil Procedure 6(b) request motion for an extension of time to file Pursuant to 28 U.S.C. § 636(b)(1), written objections are true and correct.

Dated: Dec. 2, 2015

BY: *Kenneth C. Davis*
CONSUMER, *Plaintiff*




# HOMEGOING FOR

## MR. REGINALD WAYNE DAVIS
Sunrise 10/10/53 ... Sunset 11/18/15



Saturday, November 28, 2015
10:00 a.m.

New Covenant Christian Ministries
1760 Phillips Road
Lithonia, GA  30058
Apostle Billy R. Johnson, Senior Pastor
Elder Margo Parsons, Officiating



*Pall Bearers*

*Friends*

...essions of love received ...passing ...loved Reginald. Thank you ...prayers, ...phone calls, flowers and all ...of kindness ...during our time of ...ment. ...that GOD will continue to ...d keep ... care. A special thanks ...e New Covenant ... Ministries family.

Professional Services entrusted to:
Gus Thornton Funeral Home
1315 Gus T... Drive
East Point, GA  30344
404-768-...

...GA
...histries
Ch...

BEFORE ME, THE UNDERSIGNED AUTHORITY, personally appeared, KENNETH C. DAVIS, who are either (personally known by me) or (who have produced _____[type of identification]) and who, after being duly sworn by me, verified that the factual allegations in the foregoing Verified Motion are true and correct and who placed their hand and signatures above.

_____

Notary Public, State of Georgia

My commission expires 6/24/16

## CERTIFICATE OF SERVICE

I certify that a copy of the Motion for an Extension of Time will be served upon Defendant listed below through USPS mail Date: _Dec. 2, 2015_ Time: _____ and the courts electronic notification: ~~XCD~~

BAYVIEW LOAN SERVICING, LLC
c/o Corporation Service Company (Registered Agent)
40 Technology Pkwy S #300
Norcross, GA  30092


BY: _Kenneth C. Davis_
CONSUMER, *Plaintiff*